(June 21, 2011)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v QUINN JENKINS, Appellant. [925 NYS2d 815]—

Judgment of resentence, Supreme Court, New York County (Daniel P. FitzGerald, J.), rendered March 23, 2009, resentencing defendant to a term of six years, with five years' postrelease supervision, unanimously affirmed.

The resentencing proceeding imposing a term of postrelease supervision (PRS) was not barred by double jeopardy, since defendant was still serving his prison sentence at that time (*People v Lingle*, 16 NY3d 621 [2011]). Defendant's remaining challenges to his resentencing are without merit (*id.*).

Defendant also argues that he should be permitted to withdraw his guilty plea on the ground that the plea court inadequately advised him of the PRS portion of his sentence (*see People v Catu*, 4 NY3d 242 [2005]). That claim is not properly before this Court on this appeal from the judgment of resentence (*see People v Jordan*, 16 NY3d 845 [2011]). Concur—Gonzalez, P.J., Andrias, Acosta, Renwick and Abdus-Salaam, JJ.